## AFFIDAVIT

I, Steven Hodges, a Special Agent of the United States Postal Inspection Service (USPIS), being duly sworn, states as follows.

### Introduction and Background

1.     I have been a Special Agent of USPIS since 2003.  I am assigned to the Dangerous Mail Investigations Team. I have experience investigating crimes involving the illegal use of the U.S. Mails, including the mailing threatening communications; the use or threatened use of an actual or hoax weapon of mass destruction through the U.S. Mail; and, the mailing of injurious non-mailable items, such as explosive devices.

2.     This affidavit is submitted in support of an arrest warrant and criminal complaint charging Tim SCHWARTZ.  I submit the following facts provide probable cause to believe that SCHWARTZ has mailed threatening communications in violation of Title 18 U.S.C. § 876.  I have not included every fact known to me concerning this investigation.  Rather, I have included the facts I believe are sufficient to establish probable cause.  This affidavit is based on my observations and information shared with me by other law enforcement agents.

### Facts in Support of Probable Cause

3.     Investigation revealed that SCHWARTZ and Brittany Hernandez were in a romantic relationship that ended disagreeably.  Subsequently, the evidence shows that in an effort to harass Hernandez, SCHWARTZ prepared and mailed, via the U.S. Postal Service, three letters containing a light colored powder and articulated threats appearing to be directed at SCHWARTZ from Hernandez.

4.     On March 2, 2014, SCHWARTZ brought an unopened letter he claimed to have received in the U.S. Mail to the Denver Police Department's (DPD) headquarters located at 1331 Cherokee St., Denver, CO.  SCHWARTZ told a police officer that he was fearful of what might be inside the letter because of who it appeared to be from.  The return address information was handwritten showing the sender as, "BRITTANY HERNANDEZ, 1780 CLINTON ST, AURORA, CO 80010."  SCHWARTZ asked the police officer to open the letter. The officer declined to open the letter. SCHWARTZ then opened the letter himself in the building lobby. After opening the letter, SCHWARTZ told the officer that the letter contained a powder and a threat against him. A Hazardous Materials Unit responded to handle the letter and powder, which was ultimately collected, bagged and held by the Denver Police Department.

5.     The next day, March 3, 2014, at approximately 11:00 a.m., I went to DPD along with members of the Federal Bureau of Investigation (FBI) to examine the mail piece SCHWARTZ

had brought to DPD on March 2, 2014. The mail piece was contained in a clear plastic bag. I could see light colored powder in the bag. Specifically, the letter was a white envelope with two U.S. Postal Service First Class "Liberty Bell" Forever stamps affixed, with a handwritten destination address of "3605 MILWAUKEE ST, DENVER, CO 80205." It had a handwritten return address of "BRITTANY HERNANDEZ, 1780 CLINTON ST, AURORA, CO 80010," and a February 27, 2014 Denver, CO cancellation on the stamps showing that it had been delivered by the U.S. Postal Service. The letter contents were folded and covering the back side of the envelope. The portion of the letter that was visible through the plastic bag was a handwritten message that stated in part, "I WILL KILL YOU WILL SEE".

6. Later on March 3, 2014, at approximately 4:00 p.m., I went to the address of 1780 Clinton St., Aurora, CO because a suspicious letter had been delivered via the U.S. Postal Service to Brittany Hernandez at 1780 Clinton St., Aurora, CO. The suspicious letter had similar characteristics as the letter SCHWARTZ brought to DPD the day before on March 2, 2014. Also on the scene were members of the FBI and the Aurora, CO Fire Department's (AFD) Hazardous Materials (Haz-Mat) Unit. Hernandez provided the letter to AFD in order for their Haz-Mat unit to screen the contents for dangerous or hazardous materials. The Haz-Mat unit examined the contents, finding a handwritten letter containing a light colored powder. They determined the letter and powder were safe to transport to a laboratory for further testing. I reviewed an image of the letter contained in the envelope. The letter made threats, purportedly from Hernandez, to kill SCHWARTZ and Hernandez's five children. The letter also made reference to "lying" so the writer of the letter could steal the intended recipient's property.

7. The letter received by Hernandez at 1780 Clinton St., Aurora, CO is more specifically described as a white envelope with two U.S. Postal Service First Class "Liberty Bell" Forever stamps affixed, with a handwritten destination address of "ADAMS COUNTY DETENTION FACILITY, 130 NORTH 194 H AVENUE, BRIGHTON, CO 80601, INMATE 201400001043 F2100." The letter had a handwritten return address of, "BRITTANY HERNANDEZ, 1780 CLINTON ST, AURORA, CO 80010", and a February 28, 2014 Denver, CO cancellation on the stamps showing that it had been delivered by the U.S. Postal Service. This letter was also marked "RETURN TO SENDER Addressee No Longer at this Address." I know that the U.S. Postal Service will deliver a First Class letter to the return addressee listed on a mail piece if it is learned that the addressee is no longer at the destination address.

8. At approximately 5:30 p.m. on March 3, 2014, I received a phone call from Special Agent (SA) David Autrey, FBI. SA Autrey told me that Tim SCHWARTZ agreed to meet with him at DPD headquarters to discuss a letter he had received that contained a powdery substance and an articulated threat directed toward him.

9. Upon my arrival at DPD headquarters and administration building I met SA Autrey and FBI Task Force Officer (TFO)/DPD Detective Michael Takamoto at the main entrance and public lobby. Also present was SCHWARTZ. The four of us sat down to talk in the public lobby of DPD headquarters. TFO Takamoto and SA Autrey identified themselves as law enforcement officers and began by asking SCHWARTZ about the letter he had received. SCHWARTZ said

the letter contained a powdery substance and threats to his life.  SCHWARTZ also said he was in fear for his safety. I asked SCHWARTZ if he could write down the address where he was staying and his contact information.  When I looked at what SCHWARTZ had written, I immediately noticed that his handwriting was similar, if not the same, as the handwriting found on the powdered threat letter he had provided to DPD on March 2, 2014.

10.     SCHWARTZ explained that he believed that a former friend of his, Brittany Hernandez, was responsible for sending him the threatening letter.  He said that she was living at the house he owns at 1780 Clinton St., Aurora, CO.  SCHWARTZ also said that he had been convicted of domestic violence against Hernandez and served 60 days in the Adams County Jail.  He said he had been released about two weeks ago.  SCHWARTZ added that while he was incarcerated, Hernandez sold many of his tools that he uses for work without his consent.

11.     After identifying myself to SCHWARTZ as a federal agent with the U.S. Postal Inspection Service, I told him that he was not under arrest and he was free to go.  I also told him that I appreciated him agreeing to speak with us. SCHWARTZ told me that because of the letter he received, he was scared and didn't know what to do.  I told SCHWARTZ that I would like him to be honest with me.  I asked SCHWARTZ if he sent the letters in an effort to put the blame on Hernandez.  Initially, SCHWARTZ denied sending the letter.  Later in our conversation, SCHWARTZ admitted sending three letters with Hernandez's name and address listed as the return address.  SCHWARTZ described the three letters he prepared and sent:

- A. The first was directed toward himself at "3605 Milwaukee St, Denver, CO 80209." This was the letter SCHWARTZ presented to DPD on March 2, 2014.

- B. The second letter was addressed to the Adams County Detention Facility, 150 North 194th Avenue, Brighton, CO 80601, Inmate 201400001043 F2100.  This letter was returned to sender.  The return address listed on this letter was, "Brittany Hernandez, 1780 Clinton St., Aurora, CO 80010."  A records check of the Adams County Detention Facility shows that the inmate number of "201400001043" was assigned to Tim Schwartz (year of birth 1970).

- C. The third letter was addressed to the Aurora Police Department, Aurora, CO. SCHWARTZ said that he had listed Hernandez as the sender on this letter as well.

12.     I asked SCHWARTZ if would tell me where he gathered the materials to prepare the mailings. SCHWARTZ told me that he obtained the envelopes and sheets of paper at a Kinko's store in downtown Denver. SCHWARTZ said he was not sure which Kinko's he got the envelopes and papers from. He also said he got the powder from a box in a dumpster downtown Denver. Initially SCHWARTZ said he believed the substance was soap. I asked him if the substance could have been something other than soap. SCHWARTZ said that was a possibility.

SCHWARTZ told me that he got the stamps out of a dumpster by a post office in downtown Denver. I asked SCHWARTZ where he mailed the letters from. SCHWARTZ said he mailed the letters at a post office on Dayton off of Colfax. I know that there is a U.S. Post Office located one block from Colfax Ave. at 1550 Dayton St., Aurora, CO 80010. SCHWARTZ said he did not go in the post office. He placed the letters in the blue collection boxes outside the post office. I know that there are three blue collection boxes located outside of the post office at 1550 Dayton St., Aurora, CO 80010.

13.     During the course of our conversation, SCHWARTZ made multiple comments that dealt with him dying and how he may die in jail. I specifically asked SCHWARTZ if he was thinking about hurting himself or others. SCHWARTZ said he had thought about killing himself by eating the wrong thing, but he decided not to. When TFO Takamoto asked SCHWARTZ about when he thought about killing himself, SCHWARTZ said he thought about that when he was speaking with us.

14.     TFO Takamoto left briefly to inform other agencies about the situation. When TFO Takamoto returned, he explained that the Aurora, CO Police Department told him that they were going to send a police officer to our location to take custody of SCHWARTZ for violation of an order of protection. At approximately 8:45 p.m., an Aurora, CO Police Officer took SCHWARTZ into custody and transported him from DPD headquarters.

15.     On March 4, 2014 at approximately 8:00 a.m., I responded to Aurora, CO Police Department's District 1 facility located at 13347 E. Montview Blvd., Aurora, CO 80045 to examine a suspicious letter they had received matching the description SCHWARTZ provided to me on the evening of March 3, 2014. A Hazardous Materials Unit responded to handle the letter and powder. Specifically the letter was a white envelope with two U.S. Postal Service First Class "Liberty Bell" Forever stamps affixed. It had a handwritten destination address of "TO WHO IT MAY CONCERN, AURORA POLICE, ARAPAHOE COLORADO, 14919 E ALAMEDA PAKWAY, AURORA, CO 80012", and a handwritten return address of, "BRITTANY HERNANDEZ, 1780 CLINTON ST, AURORA, CO 80010." The letter had a February 27, 2014 Denver, CO cancellation on the stamps showing that it had been delivered by the U.S. Postal Service.

## CONCLUSION

16. I submit that, based on these facts, there is probable cause to believe that Tim SCHWARTZ did commit the offense of mailing threatening communications in violation of Title 18, United States Code, § 876.

              *s/ Steven Hodges*
              Steven Hodges, Special Agent
              United States Postal Inspection Service

This was reviewed and submitted by Gregory Holloway, Assistant United States Attorney.

Sworn to and subscribed to me this 5th day of March, 2014.

\_\_\_
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO
**Kathleen M. Tafoya**
**United States Magistrate Judge**