IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              August 8, 2014

Deputy Clerk:      Cathy Pearson
Court Reporter:    Tracy Weir

**Criminal Action No.  14-cr-00095-REB**

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Greg Holloway

     Plaintiff,

v.

TIM SCHWARTZ,                                   David Johnson

     Defendant.

**COURTROOM MINUTES**

**Status Conference/Motion Hearing on #23**

**2:05 p.m.     Court in session.**

Appearances of counsel.  Ralee Knapp, investigator for the Federal Public Defender, is present at Defendant's table.

Defendant is present in custody.

Opening statements by the court.

This matter is before the court for a status conference and for the defendant's **Motion to Determine Competency of Defendant** [#23] filed June 13, 2014.

The Court states findings of fact, conclusions of law, and orders.

**IT IS ORDERED** as follows:

1. Defendant's **Motion to Determine Competency of Defendant** [#23] filed June 13, 2014 is GRANTED.

2. The defendant, Tim Schwartz, is declared incompetent to proceed.

3. The defendant, Tim Schwartz, is committed to the custody of the Attorney General for hospitalization and treatment as set forth on the record.

4. The United States Marshal for the District of Colorado is authorized and directed to transport the defendant, Tim Schwartz, to the federal Bureau of Prisons for placement by the Bureau of Prisons in a suitable facility for hospitalization and treatment as set forth.

5. Under the provisions of the Speedy Trial Act, the period of delay attributable to these competency proceedings shall be excluded from the time for a speedy trial.

**2:16 p.m.   Court in recess.**

Total time in court: 00:11

Hearing concluded.