**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  14-cr-00095-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TIM SCHWARTZ,

      Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on May 26, 2015,

**IT IS ORDERED** that Defendant Tim Schwart is sentenced to **time served**.

Dated:  May 26, 2015

                BY THE COURT:

                s/ Robert E. Blackburn
                ROBERT E. BLACKBURN,
                UNITED STATES DISTRICT JUDGE